☐ ORIGINAL

DOCKET No. **15 MAG 1982**   DEFENDANT: **Brian Coll**

AUSA **Brooke Cucinella**   DEF.'S COUNSEL **Sam Schmidt**
☐ RETAINED   ☐ FEDERAL DEFENDERS   ☑ CJA

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☑ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.
DATE OF ARREST **6/10/15**   ☐ VOL. SURR.
TIME OF ARREST **5:50 am**   ☐ ON WRIT
☐ Other: _____
TIME OF PRESENTMENT **4:30 pm**

---

BAIL DISPOSITION  P.O. 15 mil

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☑ $ **500,000** PRB
☑ **2** FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☑ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☑ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING
☑ OTHER CONDITIONS refrain from possessing firearm, destructive device, or other dangerous weapon; refrain from excessive use of alcohol; no contact with co-defendant (except in the presence of counsel) and any other fact witness in case

(U.S. DISTRICT COURT FILED JUN 10 2015 S.D. OF N.Y.)

DOC # 4

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☑ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: **1 co-signer approved**
_____ ; REMAINING CONDITIONS TO BE MET BY **6/19/15**

COMMENTS/ADDITIONAL PROCEEDINGS:

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED   ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED   ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING **6/24/15**   ☐ ON DEFENDANT'S CONSENT

DATE: **6/10/2015**

_____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2