# LAW OFFICE OF SAM A. SCHMIDT
**115 BROADWAY SUITE 1704**
**NEW YORK, N.Y. 10006**
(212) 346-4666
FACSIMILE (212) 566-1068
e-mail lawschmidt@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/15

Sam A. Schmidt, Esq.

Hiba Abdullah, Paralegal

June 26, 2015

Hon. Loretta A. Preska
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:　*United States v. Brian Coll*
　　　*S1 15 Cr. 360 (LAP)*

Dear Chief Judge Preska:

I am the attorney of record for Brian Coll in *U.S. v. Coll, et al.*, 15 Cr. 360 (LAP), in the United States District Court, Southern District of New York. I am respectfully requesting the authorization that will permit my paralegal, Hiba Abdullah, to spend time on this case at the rate of $60/hr to assist with discovery and other matters. Granting this request will not only allow me to properly represent my client but will allow me to reduce the costs of my CJA representation of Mr. Coll.

If your Honor grants this request, I respectfully request your Honor sign the accompanying CJA 21 form and return it to my office. Should your Honor have any questions, please feel free to contact our office. Thank you for your consideration.

Sincerely,

Sam A. Schmidt

So Ordered
Loretta A. Preska, CJ, USDC

6/30/15