```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                          15 Crim. 360 (LAP)

BRIAN COLL and BYRON TAYLOR,

            DEFENDANTS.

------------------------------x
                                        New York, N.Y.
                                        JUNE 25, 2015
                                        3:00 p.m.


Before:

            HON. LORETTA A. PRESKA,

                             District Judge


                        APPEARANCES

PREET BHARARA
     United States Attorney for the
     Southern District of New York
BROOKE CUCINELLA
JEANNETTE A. VARGAS
     Assistant United States Attorney


SAM SCHMIDT
     Attorney for Defendant Coll

SAM BRAVERMAN
     Attorney for Defendant Taylor
```

1              (Case called)
2              THE COURT:  I take it the defendants have to be
3    arraigned on the indictment.
4              MS. CUCINELLA:  That's correct, Judge.
5              THE COURT:  Gentlemen, would you rise, please.
6    Gentlemen, have you received a copy of the indictment against
7    you, 15 Crim. 360?
8              DEFENDANT COLL:  Yes, your Honor.
9              DEFENDANT TAYLOR:  Yes, your Honor.
10             THE COURT:  Have you gone over it with your attorney?
11             DEFENDANT COLL:  Yes, your Honor.
12             DEFENDANT TAYLOR:  Yes, your Honor.
13             THE COURT:  Have your attorneys explained to you the
14   charges against you?
15             DEFENDANT COLL:  Yes, your Honor.
16             DEFENDANT TAYLOR:  Yes, your Honor.
17             THE COURT:  Gents, would you like me to read this
18   whole thing out loud in court now, or is it sufficient that you
19   have reviewed it with your lawyers?
20             DEFENDANT COLL:  It's sufficient, ma'am.
21             DEFENDANT TAYLOR:  Sufficient, your Honor.
22             THE COURT:  How do you now plead?
23             DEFENDANT COLL:  Not guilty, your Honor.
24             DEFENDANT TAYLOR:  Not guilty, your Honor.
25             THE COURT:  Thank you.  You may be seated.

1            What's the status of discovery, please?

2            MS. CUCINELLA:  Your Honor, the government will be
3   making its first production today.  We have for your Honor's
4   consideration a proposed protective order on consent that both
5   counsel for the defendants have signed and the government has
6   signed.

7            It serves to protect all of the discovery in this
8   case, with the exception of documents that are otherwise
9   public.  I talked to defense counsel, to the extent we've
10  produced anything they believe should be exempted from, we will
11  discus and reserve some resolution to do this.

12           THE COURT:  Yes.  I've reviewed the draft.  Would you
13  like to hand up the original.

14           MS. CUCINELLA:  Sure.

15           MR. SCHMIDT:  Your Honor, so it's clear, if there's an
16  item that we believe needs to be raised other than the
17  protective order and both defense counsel and the government
18  agree to it, is it necessary for us to seek a modification of
19  the order, or is our agreement sufficient?

20           THE COURT:  Your agreement is sufficient, but out of a
21  nexus of caution, you should memorialize it.

22           MR. SCHMIDT:  Thank you.

23           THE COURT:  The protective order is acceptable.  It
24  protects, obviously sensitive information I assume like autopsy
25  reports and the like.  It is signed.

1    What is the volume of discovery that the government
2    looks to produce, please?
3         MS. CUCINELLA:  There are a number of documents,
4    photos filed in this case.  It involves the investigative files
5    of two agencies, as well as the FBI's investigative files.
6         We believe we should be able to complete discovery in
7    the next I would say eight weeks.  We still have some subpoenas
8    outstanding, and we're waiting for some returns, including
9    phone records and things of that nature.
10        The bulk of it should be produced I would say within
11   the next month, and we would ask until the next court date to
12   finalize all of our production.
13        THE COURT:  And, counsel, do I correctly understand
14   that you would like to return on September 29 at 4:00?  And
15   tell me if you foresee any motions.
16        MR. SCHMIDT:  That's exactly right, Judge.
17        THE COURT:  Okay.  So September 29, 4:00.
18   Mr. Schmidt.
19        MR. SCHMIDT:  I had an initial discussions with the
20   prosecuting counsel regarding Brady material, and there may be
21   disagreement as to that material.
22        So prior to our appearance in court in September, I
23   may try to address that issue first, of course, with the
24   government.  If we can't reach an agreement, I ask that we be
25   permitted to address that with your Honor.

1                THE COURT:  Yes, sir.

2                MR. SCHMIDT:  Thank you.

3                MS. CUCINELLA:  Just to put on the record, the

4    government is aware, of course, of its obligations under Brady.

5    If there is any Brady in this case, it will be produced.  Brady

6    and Giglio will be produced in due course.

7                THE COURT:  Yes, ma'am.  Is there anything else today,

8    counsel?

9                MS. CUCINELLA:  The government would ask that we

10   exclude time between today and September 29 to allow the

11   government to produce discovery, the defendants to review that

12   discovery and to determine if they have any motions, and to

13   allow the parties to begin to discuss any negotiations

14   regarding a pretrial resolution.

15               THE COURT:  Any objection, gents?

16               MR. BRAVERMAN:  No, your Honor.

17               MR. SCHMIDT:  No, your Honor.

18               THE COURT:  Very well.  In order to permit all of

19   those activities to take place, time between today and

20   September 29 is excluded from calculation under the Speedy

21   Trial Act in the interests of justice.  Thank you, ladies and

22   gentlemen.  Good afternoon.

23                       (Adjourned)

24

25