UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                     :

UNITED STATES OF AMERICA,        :         S1 15 Cr. 360 (LAP)
                                               :         Electronically Filed

      – against –                         :
                                               :         NOTICE OF APPEARANCE
BRIAN COLL,                               :         AND REQUEST FOR
                                               :         ELECTRONIC NOTIFICATION
              Defendant.               :
                                             :
-------------------------------------------------------x

      Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of BRIAN COLL and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      I am an attorney in good standing in the State of New York, as well as the United States District Courts for the Southern District of New York.

Dated: New York, New York
          September 22, 2015

                                                       Respectfully submitted,

                                                     /s/ Joshua L. Dratel
                                                   Joshua L. Dratel
                                                   LAW OFFICES OF JOSHUA L. DRATEL, P.C.
                                                   29 Broadway, Suite 1412
                                                   New York, New York 10006
                                                   (212) 732-0707
                                                   jdratel@joshuadratel.com

                                                   *Attorney for Defendant Brian Coll*