AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No.   15 Cr 360 (LAP) |
| Brian Coll | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brian Coll

Date:   02/02/2016

*Attorney's signature*

Anna Sideris 4742177
*Printed name and bar number*

40 Fulton Street
23rd floor
New York, New York 10038
*Address*

annasideris@yahoo.com
*E-mail address*

(212) 686-0666
*Telephone number*

(212) 686-8690
*FAX number*