

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 19, 2016

**BY EMAIL**
The Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/16

Re:   *United States v. Brian Coll and Byron Taylor*, S1 15 Cr. 360 (LAP)

Dear Judge Preska:

The Government writes on behalf of all of the parties in the above-captioned case. After consultation with Your Honor's deputy, we understand that the Court has a conflict with the scheduled May 31, 2016 trial date, but can accommodate a 3-week trial beginning on or about October 24, 2016. The parties have conferred, and agree to an October 24, 2016 start date.

Additionally, the Government respectfully requests an exclusion of time between May 31, 2016 and October 24, 2016, under the Speedy Trial Act, 18 U.S.C. § 3161, to allow the defendant to continue to review discovery, and the parties to make motions and otherwise prepare for trial. Defense counsel for each of the defendants consents to this request.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
4/19/16

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By:    /s/
    Brooke E. Cucinella/Jeannette A. Vargas
    Assistant United States Attorneys
    (212)637-2477/2678

cc:   Sam Schmidt, Esq. *(via email)*
      Sam Braverman, Esq. *(via email)*