UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ECF CASE |
| v. | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| BRIAN COLL and BYRON TAYLOR,<br>Defendants. | 15 Cr. 360 (LAP) |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to the AUSAs already on the case, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
   Southern District of New York


by:  /s/ Martin S. Bell
     Assistant United States Attorney
     (212) 637-2463

TO:   All Parties, via ECF