

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 5, 2016

**BY EMAIL and ECF**
The Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Brian Coll*, S2 15 Cr. 360 (LAP)

Dear Judge Preska:

The Government writes, on behalf of the parties in the above-captioned case, to jointly propose the following motion schedule:

- October 14:     Any new Motions *In Limine* and Joint Request to Charge (noting any unresolved objections) due;
- October 21:     Motions *In Limine* oppositions due;
- October 28:     Motions *In Limine* replies due;
- November 23:   3500 and Witness List to defense

The Parties respectfully defer to the Court for a date for the final pretrial conference.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: ___/s/_____
Brooke E. Cucinella
Jeannette A. Vargas
Martin S. Bell
Assistant United States Attorneys
(212) 637-2477/2678

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
10/6/2016

cc: Sam Schmidt, Esq. *(via email)*
    Joshua Dratel, Esq. *(via email)*