LAW OFFICES OF
# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                            STEVEN WRIGHT
—                                                                   *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

December 14, 2016

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

                Re:    *United States v. Brian Coll*,
                           15 Cr. 360 (LAP)

Dear Judge Preska:

      This letter is submitted with respect to the testimony of Rebecca Folkerth, M.D., the government's rebuttal witness. Since the government's notice, provided December 12, 2016, stated only that "[w]e expect that Dr. Folkerth will testify that Ronald Spear's brain did not show signs of ischemia," it is respectfully submitted that Dr. Folkerth's testimony opining that the subarachnoid hemorrhage on the left side of Ronald Spear's head was a contrecoup injury (at T. 1292-93 on direct, and T. 1309-12 on cross-examination) should be stricken from the record, and the jury instructed to disregard it entirely.

                                                Respectfully submitted,

                                                Joshua L. Dratel

JLD/