

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 15, 2016

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

>      Re:   United States v. Byron Taylor
>            15 Cr. 360 (LAP)

Dear Judge Preska:

     The Government respectfully submits this letter regarding the scheduling of Byron Taylor's sentencing in the above-captioned matter, which is currently scheduled for December 20, 2016 at 10 a.m.  The Government requests, with the consent of Sam Braverman, Esq., counsel for Mr. Taylor, that the sentencing be adjourned in light of the ongoing trial of co-defendant Byron Coll and the schedules of attorneys for both sides.  Having conferred regarding the attorneys' availability, the parties respectfully request that sentencing be scheduled on a date between January 11, 2017 and January 31, 2017 that is convenient to the Court.

                                      Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney

                              By: /s/_____
                                 Brooke E. Cucinella
                                 Jeannette A. Vargas
                                 Martin S. Bell
                                 Assistant United States Attorneys
                                 (212)637-2477/2678/2463

CC: Sam Braverman, Esq., *via* email