UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN COLL,

              Petitioner,

-against-

UNITED STATES OF AMERICA,

              Respondent.

19 Civ. 6526 (LAP)
15 Cr. 360 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    In light of Mr. Coll's waiver of the attorney-client privilege regarding his claim of ineffective assistance of counsel (dkt. no. 14 in 19 Civ. 6526), the Government's motion for an order determining that Mr. Coll has waived the attorney-client privilege with respect to his communications with counsel relevant to his claims of ineffective assistance (dkt. no. 6 in 19 Civ. 6526), is denied as moot.  Now that the privilege issue has been resolved by Mr. Coll's waiver, the Government shall respond to Mr. Coll's petition under 28 U.S.C. Section 2255 no later than November 6, 2020.

    The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Coll.

**SO ORDERED.**

Dated:    New York, New York
           October 6, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge