UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br><br>      -against-<br><br>BRIAN COLL,<br><br>                Defendant. | 15 Cr. 360 (LAP)<br><br>19 Civ. 6526 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Coll's letter dated May 19, 2021 (dkt. no. 177 in 15-cr-360). Mr. Coll shall update the Court on his new address as soon as he is settled.

    The Government shall re-send to Mr. Coll its response as soon as his new address is received.

    Mr. Coll's time to reply to the Government's papers is extended to thirty days after the Government's papers are re-sent to him.

    **SO ORDERED.**

Dated:    New York, New York
            June 1, 2021

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1