UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff<br><br>      -against-<br><br>BRIAN COLL,<br><br>              Defendant. | 15 Cr. 360 (LAP)<br><br>19 Civ. 6526 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Government is reminded to mail a copy of its response (dkt. no. 173 in 15-cr-360) to Mr. Coll's section 2255 Petition to Mr. Coll at his updated address, (see dkt. no. 182 in 15-cr-360), and docket notice of mailing.  Mr. Coll's reply, if any, shall be filed no later thirty days after mailing.

    Mr. Coll's motion to update his address, (dkt. no. 182 in 15-cr-360), is granted.

    The Clerk of the Court shall mail a copy of this order to Mr. Coll.

**SO ORDERED.**

Dated:    New York, New York
            July 29, 2021

                                        *Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge