UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>-against-<br><br>BRIAN COLL,<br><br>              Defendant. | No. 15-CR-360 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Brian Coll's motions [dkt. nos. 187, 188] requesting dismissal of a count of conviction and vacatur of the indictment.  The Government shall respond to Mr. Coll's motions by December 10, 2021.  Mr. Coll shall file any reply by January 7, 2022.

    The Clerk of Court is directed to mail a copy of this order to Mr. Coll.

**SO ORDERED.**

Dated:    November 9, 2021
           New York, New York

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge