```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| BRIAN COLL,<br><br>                    Movant,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | NO. 15 CR 360 (LAP)<br><br>NO. 19 CV 6526 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court are three motions by Defendant Brian Coll. First, Mr. Coll moves to vacate his sentence pursuant to 28 U.S.C. § 2255.  (See dkt. nos. 160-161 in 15-cr-360.)  Second, Mr. Coll moves to dismiss the Murder 2 count in the indictment. (See dkt. no. 187 in 15-cr-360.)  Third, Mr. Coll moves to vacate the indictment.  (See dkt. no. 188 in dkt. no. 15-cr-360.)  The Government has responded to each of these motions. (See dkt. no. 173 in 15-cr-360 (opposition to the 2255 petition); dkt no. 190 in 15-cr-360 (opposition to the motions to dismiss the Murder 2 count and to vacate the indictment).)

    On June 1, 2021, in response to Mr. Coll's request that the Government respond to his 2255 petition (which the Government had already filed but which Mr. Coll had apparently not received), the Court ordered Mr. Coll to update the Court and the Government as to his current address, which Mr. Coll did on July 16, 2021.  (See dkt. nos. 178, 179, and 182 in 15-cr-360.)

On September 20, 2021, the Government submitted a certificate of service of its opposition upon Mr. Coll at the Federal Correctional Complex in Coleman, Florida.  (Dkt. no. 184-1 in 15-cr-360.)  The Court has subsequently received several letters from Mr. Coll listing a return address that differs from the address provided by Mr. Coll in July 2021:

>     Brian Coll – Unit 3B
>     72289-054
>     FCI-Sheridan
>     PO Box 5000
>     Sheridan, OR 97378

(See dkt. nos. 185, 186, 187, 188, 191, 192 in 15-cr-360.)

Mr. Coll's most recent letter of March 4, 2022, again requests that the Government respond to his 2255 petition, which indicates that prior attempts to serve the opposition have failed.  (See dkt. no. 192 in 15-cr-360.)

Accordingly, the Clerk of the Court shall mail to Mr. Coll the following materials:

- This order;
- Mr. Coll's 2255 petition (dkt. nos. 160-161 in 15-cr-360);
- The Government's opposition to Mr. Coll's 2255 petition (dkt. no. 173 in 15-cr-360);
- Mr. Coll's motion to dismiss the Murder 2 count (dkt. no. 187 in 15-cr-360);
- Mr. Coll's motion to vacate the indictment (dkt. no. 188 in dkt. no. 15-cr-360);
- And the Government's opposition to Mr. Coll's motions to dismiss the Murder 2 count and to vacate the indictment (dkt no. 190 in 15-cr-360).

These materials shall be mailed by the Clerk of the Court to Mr. Coll at the following address, which is Mr. Coll's last known address as of March 2022:

    Brian Coll – Unit 3B
    Inmate No. 72289-054
    Federal Correctional Institution – Sheridan
    PO Box 5000
    Sheridan, OR 97378

Mr. Coll shall submit any reply brief(s) in support of his motions no later than April 19, 2022.

**SO ORDERED.**

Dated:    March 8, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge